790 F.2d 35
 122 L.R.R.M. (BNA) 3168, 132 L.R.R.M. (BNA) 2856
 In re CONTINENTAL AIRLINES CORPORATION, et al., Debtors.
NATIONAL MEDIATION BOARD, et al., Appellees,
v.
CONTINENTAL AIRLINES CORPORATION, et al., Appellants.
 No. 85-2531.
 United States Court of Appeals,
Fifth Circuit.
 May 21, 1986.
 
 Fisher & Phillips, Richard L. Wyatt, Jr., James J. McDonald, Jr., Altanta, Ga., Sheinfeld, Maley & Kay, Houston, Tex., Akin, Gump, Strauss, Hauer & Feld, John J. Gallagher, Washington, D.C., for appellants.
 Allen L. Lear, Dept. of Justice, J. Christopher Kohn, Timothy F. Brown, Atty., Washington, D.C., Henry K. Oncken, U.S. Atty., James R. Gough, Asst. U.S. Atty., Houston, Tex., Ronald M. Etters, Atty., Gen. Counsel, Nat. Mediation Bd., Washington, D.C., for appellees.
 Roland P. Wilder, Wilma P. Liebman, John R. Climaco, Washington, D.C., for amicus Intern. Broth. of Teamsters.
 Appeal from the United States District Court for the Southern District of Texas; John V. Singleton, Chief Judge, Presiding.
 Before GEE, RUBIN and GARZA, Circuit Judges.
 PER CURIAM:
 
 
 1
 On the basis of the opinion of the district court, reported at 50 B.R. 342 (S.D.Tex.1985), the judgment appealed from is
 
 
 2
 AFFIRMED.